UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ISRAEL DIAZ and MICHELLE LITTLE,

    Plaintiffs,

v.                            Case No. 3:20cv3986-TKW-HTC

GOAT EXPRESS, LLC, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 60). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the parties settled Plaintiff Diaz's bodily injury claim. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation (Doc. 60) is adopted and incorporated by reference in this Order.

2. Defendants' motion to enforce settlement agreement (Doc. 43) is **GRANTED** and Plaintiff Diaz is precluded from recovering on his bodily injury claims.

**DONE AND ORDERED** this 9th day of July, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**